

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-18-00468-CV

**IN THE INTEREST OF U.U.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22208
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellee's brief was due October 5, 2018. Neither the brief nor a motion for extension of time has been filed. We **order** appellee, Dunja Uzunovic, to file appellee's brief by **October 22, 2018.** If the brief is not filed by the date ordered, we may submit the case for decision without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court